

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY<br>99 High Street<br>Boston, Massachusetts 02110<br>    Plaintiff,<br>  vs.<br>WILSON BOROUGH<br>MAYOR DAVID PURUSSO<br>KAREN LOHRMAN<br>CHIEF RICHARD NACE<br>OFFICER MICHAEL POTOPE<br>    Defendants. | CIVIL ACTION<br>NO:<br><br>10 - 115 |

### DISCLOSURE STATEMENT FORM

Please check one line:

____ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of the stock.

√ The nongovernmental corporate party, Aspen Specialty Insurance Company, in the above listed civil action has the following corporations that own more than 10 % of its stock: Aspen Insurance Holdings Limited.

KOCH & DEMARCO, LLP

BY: *Wendy H. Koch*/WHK7296
WENDY H. KOCH
Atty. I.D. No.: 19503
Attorneys for Plaintiff,
Aspen Specialty Insurance Company

101 Greenwood Avenue
Jenkintown Plaza, Suite 460
Jenkintown, PA 19046
(215) 881-2280

Dated: May 11, 2009

1 1 2010